UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA KORBUT,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | CASE NO. 3:16-CV-05205-DWC<br><br>ORDER ON MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

Currently pending before the Court is Plaintiff's Petition for Fees per Equal Access to Justice Act ("Motion"). Dkt 21. This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7.

Plaintiff requests fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"). Dkt. 21. Plaintiff's counsel states counsel for Defendant does not oppose Plaintiff's request for fees. Dkt. 21. Based on the EAJA, attorney time itemizations (Dkt. 21), and the

relevant record, the Court orders EAJA attorney's fees of $5,794.03 ("EAJA Award"), be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner is directed to contact the U.S. Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt and is not subject to any offset, the government shall pay the EAJA Award directly to George J. Wall, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, George J. Wall, 1336 E. Burnside St., Suite 130, Portland, Oregon 97132.

Dated this 22nd day of November, 2016.

David W. Christel
United States Magistrate Judge